

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Edwin Delgado **CV 10 - 3813**

Plaintiff

-vs-

Andrea Bunis Mang

Defendant(s)

**REQUEST TO PROCEED *IN FORMA PAUPERIS***

WEINSTEIN, J.

BLOOM, M.J.

I, Edwin Delgado, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

Granted 8/25/10

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.

   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   March 1991 to July 2009 $2900 Before TAX

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Unemployment $387.00 weekly

   a) Are you receiving any public benefits? ☑ No ☐ Yes, $ ______

   b) Do you receive any income from any other source? ☐ No ☑ Yes, $ 123.00 V.A. checks disability

RECEIVED
AUG 17 2010
PRO SE OFFICE

(2)

4. Do you have any money, including any money in a checking or savings account? If so, how much?

SAVINGS Less Then $100 Checking Less Then $1,700

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No ☐ Yes, ______

6. List the person(s) that you pay money to support and the amount you pay each month.

Credit Cards - Chase $300.00 & Citi Card $200.00

7. Do you pay for rent or for a mortgage? If so, how much each month?

Rent $1730.00

8. State any special financial circumstances which the Court should consider.

Also pay light & gas and phone bills

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 8-17-2010

Edwin Delgado
(signature)

rev. 7/2002